# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1325. SAM LESTER v. MARK BUTLER, COMMISSIONER, GEORGIA DEPARTMENT OF LABOR et al.

Sam Lester appealed directly to this Court from a superior court order affirming a decision of the Georgia Department of Labor denying his request for unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Lester failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/13/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*